Núm. 9.—Fiol, promovente, v. Junta Insular de Elecciones, etc., dmdos.— ▮▮▮ Noviembre 6, 1936.

Al anterior escrito de apelación referido por el Juez de Turno al tribunal por no ser a su juicio apelable la resolución que dictó en este caso en octubre 15 próximo pasado: no debiendo, en efecto, entenderse que dicha resolución fué dictada por el Juez Travieso en su

carácter de Juez de Turno ya que como tal no habría tenido capacidad para dictarla por carecer de facultad según se desprende de la sección 9 de la "Ley fijando la duración de las sesiones del Tribunal Supremo de Puerto Rico", según quedó enmendada por la Ley Núm. 59 de 1931, sino que fué dictada por el mencionado juez en su carácter de Magistrado del Tribunal Supremo, de acuerdo con el artícuo 676 del Código de Enjuiciamiento Civil (edición de 1933), y siendo además académica en la actualidad la cuestión envuelta, no ha lugar a admitir la apelación radicada en este caso por los demandados Domingo Guzmán, Ramón Rivera Guzmán y Marcelino Méndez.

Los señores jueces Presidente del Toro y Asociados Hutchison y Travieso, no intervinieron.